# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| CAROLYN FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:25-cv-00358-MPM-RP |
| SCANSOURCE, INC., AND 8650 ) | |
| COMMERCE DRIVE, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO STAY

Plaintiff Carolyn Freeman and Defendants Scansource, Inc. and 8650 Commerce Drive, LLC ("Defendants"), by and through their undersigned counsel, hereby move to stay the above-captioned proceedings. As grounds for this Motion, the parties state as follows:

1. Plaintiff filed her Complaint on December 17, 2025, and Defendants' responsive pleading is due Monday, January 26, 2026.

2. The Complaint alleges claims of age discrimination and attaches a Charge of Discrimination related to those claims (Charge No. 490-2025-03282).

3. Plaintiff has a second Charge of Discrimination pending against Defendant (Charge No. 490-2026-00667). Plaintiff has not received a Determination and Right to Sue from the Equal Employment Opportunity Commission ("EEOC")

in connection with her Second Charge of Discrimination, the claims of which relate to Plaintiff's claims in the present lawsuit. [Complaint ¶ 6, 17].

4. When Plaintiff receives the EEOC Right to Sue in response to her second EEOC charge, she intends to amend the Complaint. [Complaint¶ 6, f.1].

5. Therefore, in order to avoid potential duplication of efforts and also for judicial economy, the parties jointly move the Court to stay the case until Plaintiff receives the EEOC's Right to Sue in connection with Plaintiff's second Charge of Discrimination and files an Amended Complaint.

6. After Plaintiff receives the Notice of Right to Sue regarding her second EEOC Charge, the parties will advise the Court and/or make appropriate motions to the Court.

Accordingly, the parties respectfully request this Court enter an Order staying this action.

Respectfully submitted this 15th day of January, 2026.

| ATTORNEYS FOR PLAINTIFF: | ATTORNEY FOR DEFENDANTS: |
|---|---|
| */s/ Louis H. Watson, Jr. (with permission)* | */s/ Yvonne N. Maddalena* |
| Louis H. Watson, Jr., (MB# 9053) | Yvonne N. Maddalena (MB# 106666) |
| louis@thewatsonlawfirm.com | Yvonne.Maddalena@jacksonlewis.com |
| Jane A. Watson (MB #106877) | JACKSON LEWIS P.C. |
| Jane@thewatsonlawfirm.com | 800 Shades Creek Parkway, Suite 870 |
| THE WATSON LAW FIRM, PLLC | Birmingham, Alabama 35209 |
| 1501 Jackson Ave W, STE 113 PMB 101 | Direct Dial: 205-332-3118 |
| Oxford, MS 38655-2566 | |
| Direct Dial: (601) 253-1177 | |