**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CAROLYN FREEMAN**                                                               **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO: 3:25-cv-00358-MPM-RP**

**SCANSOURCE, INC., et al.**                                       **DEFENDANTS**

**ORDER STAYING CASE**

This matter is before the Court on the parties' Joint Motion to Stay. ECF 5. The parties request that the court stay proceedings in this matter until the EEOC issues a Right to Sue Letter in connection with a second charge of discrimination that Plaintiff has filed against the defendants. The parties submit to the court that the proposed stay would avoid duplicate efforts as the plaintiff intends to amend her complaint upon the EEOC's resolution of her second charge. For good cause shown, the parties' motion is hereby **GRANTED,** and all proceedings in this case are STAYED pending resolution of the plaintiff's EEOC charge number 490-2026-00667. The parties are instructed to notify the undersigned within seven (7) days after the plaintiff receives a notice regarding her second charge with the EEOC.

**SO ORDERED**, this the 15th day of January 2026.

                                                                /s/ Roy Percy
                                                                UNITED STATES MAGISTRATE JUDGE